UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAVONNE WALSH

    Plaintiff,

v.                                                                     Case No. 6:20-cv-1185-Orl-37EJK

TARGET CORPORATION,

    Defendant.
_____

## ORDER

This is a standard slip and fall case. (Doc. 1-1.) Plaintiff sued Defendant in state court for negligence. (*Id.* ¶¶ 9–11.) Defendant then removed the suit here, asserting the Court had diversity jurisdiction. (Doc. 1, ¶¶ 3–5.) In response, Plaintiff moved to remand to state court, arguing Defendant did not meet its burden of demonstrating the amount in controversy exceeded $75,000. (Doc. 15 ("**Motion**").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends the Court grant the Motion. (Doc. 21 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 21) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. Plaintiff's Motion for Remand (Doc. 15) is **GRANTED**.

3. This case is **REMANDED** to the Seventh Judicial Circuit in and for Volusia County, Florida.

4. The Clerk is **DIRECTED** to terminate all pending motions and to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 18, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
Seventh Judicial Circuit in and for Volusia County,
Florida